IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: <br><br> PROMISE HEALTHCARE GROUP, LLC, *et al.*[1], <br><br>                             Debtors. | Chapter 11 <br><br> Case No. 18-12491 (CSS) <br><br> (Jointly Administered) |
| ROBERT MICHAELSON OF ADVISORY TRUST GROUP, LLC, in his Capacity as LIQUIDATING TRUSTEE of the PROMISE HEALTHCARE GROUP LIQUIDATING TRUST, <br><br>                             Plaintiff, <br><br> v. <br><br> FRESENIUS MEDICAL CARE WICHITA FALLS, LLC d/b/a FRESENIUS CARE NORTH TEXAS, <br><br>                             Defendant(s). | Adv. Proc. No. 20-50997 (CSS) |

## CERTIFICATE OF SERVICE

---

[1] The Debtors in these Chapter 11 cases, together with the last four digits of each Debtor's federal tax identification number, are as follows: HLP HealthCare, Inc. (8381), PH-ELA, Inc. (9180), Professional Rehabilitation Hospital, L.L.C. (5340), Promise Healthcare #2, Inc. (1913), Promise Healthcare Group, LLC (1895), Promise Healthcare Holdings, Inc. (2601), Bossier Land Acquisition Corp. (6644), HLP of Los Angeles, LLC (9102), HLP of Shreveport, Inc. (1708), HLP Properties at The Villages Holdings, LLC (0006), HLP Properties at the Villages, L.L.C. (1938), HLP Properties of Vidalia, LLC (4255), HLP Properties, Inc. (0068), Promise Healthcare of California, Inc. (9179), Promise Healthcare, Inc. (7953), Promise Hospital of Ascension, Inc. (9219), Promise Hospital of Baton Rouge, Inc. (8831), Promise Hospital of Dade, Inc. (7837), Promise Hospital of Dallas, Inc. (0240), Promise Hospital of East Los Angeles, L.P. (4671), Promise Hospital of Florida at The Villages, Inc. (2171), Promise Hospital of Louisiana, Inc. (4886), Promise Hospital of Lee, Inc. (8552), Promise Hospital of Overland Park, Inc. (5562), Promise Hospital of Phoenix, Inc. (1318), Promise Hospital of Salt Lake, Inc. (0659), Promise Hospital of Vicksburg, Inc. (2834), Promise Hospital of Wichita Falls, Inc. (4104), Promise Properties of Dade, Inc. (1592), Promise Properties of Lee, Inc. (9065), Promise Properties of Shreveport, LLC (9057), Promise Skilled Nursing Facility of Overland Park, Inc. (5752), Promise Skilled Nursing Facility of Wichita Falls, Inc. (1791), Quantum Health, Inc. (4298), Quantum Properties, L.P. (8203), St. Alexius Hospital Corporation #1 (2766), St. Alexius Properties, LLC (4610), Success Healthcare 1, LLC (6535), Success Healthcare 2, LLC (8861), Success Healthcare, LLC (1604), Vidalia Real Estate Partners, LLC (4947), LH Acquisition, LLC (2328), Promise Behavioral Health Hospital of Shreveport, Inc. (1823), Promise Rejuvenation Centers, Inc. (7301), Promise Rejuvenation Center at the Villages, Inc. (7529), and PHG Technology Development and Services Company, Inc. (7766).

DOCS_DE:231883.11

I, Colin R. Robinson, hereby certify that on the 22nd day of December, 2020, I caused a copy of the following document(s) to be served on the individual(s) on the attached service list(s) in the manner indicated:

**[Signed] Order Approving Stipulation Further Extending Deadline to Answer or Otherwise Respond to the Complaint [Docket No. 7]**

*/s/ Colin R. Robinson*
Colin R. Robinson (DE Bar No. 5524)

DOCS_DE:231883.11

Promise – Service List re Fresenius Medical Care Wichita Falls, LLC d/b/a Fresenius Care North Texas
Adv. Case No. 20-50997 (CSS)
Doc. No. 231555
01 – Email

**Email**
(Counsel to Fresenius Medical Care Wichita Falls, LLC d/b/a Fresenius Care North Texas)
Debra J. Cohen, Esq.
Halperin Battaglia Benzija, LLP
40 Wall Street, 37th Floor
New York, NY  10005
Email:  dcohen@halperinlaw.net